# PARKER HANSKI LLC

40 WORTH STREET, SUITE 602
NEW YORK, NEW YORK 10013
PHONE: 212.248.7400
FAX:     212.248.5600
Contact@ParkerHanski.com

April 17, 2022

<u>Via ECF</u>
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York

      **Re:**    *Kelly Irish v. 101-115 West 116 St. Corp. and Mekruth Inc.*

          **Docket No. 1:22-cv-01053 (JMF)(OTW)**

Dear Judge Furman:

     We represent the plaintiff in the above-entitled action. We write to respectfully ask the Court to adjourn the April 18, 2022 deadline for the submission of a joint letter to a date in July 2022. (See ECF Document #13). This case was filed two months ago, and the defendants have not yet appeared in this action. On February 24, 2022, Judge Alison J. Nathan issue an Order referring general pretrial matters to Magistrate Judge Ona T. Wang. (See ECF Document # 9). Magistrate Judge Wang has issued an Initial Case Management Conference Order for the parties to make file a proposed scheduling order and thereafter appear for a Rule 16(b) Initial Pretrial Conference. (See ECF Document # 10).

     Plaintiff is seeking this adjournment in order to make efforts toward having the defendants appear in this action with sufficient time to participate in the proceedings before Magistrate Judge Wang. Plaintiff has made a similar adjournment application to Magistrate Judge Wang. (See ECF Document #14). This is the first application to extend this deadline. Thank you for your time and attention to this matter. With kindest regards, I am

                                    very truly yours,

                                      /s/
                                    Glen H. Parker, Esq.

Application GRANTED. The date by which the parties are directed to file their joint letter is extended to July 11, 2022. The Clerk of Court is directed to terminate ECF No. 15.

     SO ORDERED.

*[signature]*

April 18, 2022